CV 10 - 5358

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ NOV 19 2010 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TWENTIETH CENTURY FOX FILM CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICIA MCILVAINE, also known as P.J. MCILVAINE, an individual, and DOES 1-10,<br><br>Defendants. | Case No.<br><br>**COMPLAINT FOR:**<br><br>**(1) COPYRIGHT INFRINGEMENT**<br><br>**(2) CONTRIBUTORY COPYRIGHT INFRINGEMENT** |

WEXLER, J

## JURISDICTION AND VENUE TOMLINSON, M.J.

1. This is a civil action seeking damages and injunctive relief for copyright infringement and contributory copyright infringement under the copyright laws of the United States (17 U.S.C. §101 *et seq.*).

2. This Court has jurisdiction under 17 U.S.C. § 101 *et seq.*; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. §1338(a) (copyright).

3. This Court has personal jurisdiction over Defendant Patricia McIlvaine ("McIlvaine") because she resides in this District. This Court has personal jurisdiction over Doe Defendants 1 through 10 because, upon information and belief, they made unauthorized transmissions of copyrighted property in and into this District, and they contributed to McIlvaine's infringements, which took place in this District. Venue in this District is proper under 28 U.S.C. § 1391(b) and/or 28 U.S.C. §1400(a), because a substantial part of the acts of infringement complained of herein occurred in this District.

## THE PARTIES

4. Plaintiff Twentieth Century Fox Film Corporation ("Fox" or "Plaintiff") is a Delaware corporation with its principal place of business in Los Angeles, California. Fox is one of the world's leading entertainment companies, and is best known for its creation, production, distribution and marketing of motion pictures and television shows. Fox owns certain motion picture and television show manuscripts ("scripts"). Many of these scripts were the bases of motion pictures and television shows that have been publicly released. Other scripts relate to motion pictures and television shows in the production or pre-distribution stage.

5. Defendant Patricia McIlvaine ("McIlvaine"), who often goes by the name P.J. McIlvaine, is an individual residing in Suffolk County, New York. Upon information and belief, McIlvaine is a writer of motion picture and television show scripts.

6. Fox does not know the true names and capacities of Defendants sued herein as Does 1 through 10, and therefore sues those Defendants by such fictitious names. Fox will seek leave to amend this Complaint to set forth those Defendants' true names and capacities when they have been ascertained. Fox is informed and believes and, on that basis, alleges that each of the fictitiously named Defendants is responsible for the acts and omissions alleged in this Complaint. Doe Defendants 1 through 10 are individuals whom Fox believes joined McIlvaine in engaging in wrongful conduct described herein by, among other things, distributing and displaying scripts owned by Fox, and contributing to these infringements of the copyright laws.

## FACTUAL ALLEGATIONS

7. Fox is the owner of certain television show and movie scripts. At all relevant times Fox has been the holder of the pertinent exclusive rights infringed by Defendants.

8. Defendant Patricia "P.J." McIlvaine ("McIlvaine") has uploaded and made available to others via the internet a script of *Deadpool*, the copyright to which is owned by Fox, and which is a script for a project still in development. Additionally, McIlvaine has uploaded and made available roughly 100 other movie and television scripts for which Fox is the copyright holder. All of these other scripts had been registered by Fox with the Copyright Office prior to the acts of infringement by McIlvaine. The illegal uploads all occurred in 2009 and 2010. Some of these illegally uploaded scripts relate to works that Fox has not released, while others relate to well-known and released works, such as the movie *Aliens*, the movie *Edward Scissorhands*, the movie *Wall Street*, and the television show *Glee*. The Copyright Registration number for each of these works is included in a list attached as an Appendix to this Complaint.

9. Upon information and belief, after Fox successfully caused the *Deadpool* script to be removed from certain third-party internet sites in mid-October 2010, McIlvaine illegally uploaded the *Deadpool* script a second time.

10. McIlvaine received these scripts from Doe Defendants 1 through 10.

11. At no time has Fox authorized McIlvaine and/or any Defendant to reproduce, distribute or display its copyrighted scripts over or on the internet, or otherwise exploit any of the exclusive rights it owns in its copyrighted scripts.

12. Defendants' infringements allow others to obtain and unlawfully distribute for free unauthorized copyrighted works that Fox spends millions of dollars to create. Of particular damage to Fox is Defendants' distribution and posting on the internet of scripts for motion pictures and television shows that are still in the development stage. Defendants' actions interfere and trade off of the costly and carefully designed creative processes that produce finished works ready for public consumption. They harm the fans who do not want their

enjoyment of a movie or television show to be spoiled by knowing the story ahead of actually being able to watch it. They further interfere with the marketing plans of Fox with respect to the yet to be distributed films/shows, which causes economic injury to Fox.

## COUNT I

### INFRINGEMENT OF COPYRIGHTS

13. Plaintiff incorporates by reference each and every allegation contained in paragraphs 1 through 12 as if set forth fully herein.

14. Plaintiff is the owner of the copyrights to the scripts here at issue.

15. Defendants have violated Plaintiff's exclusive rights to the scripts by illegally distributing, displaying, reproducing and/or otherwise using these scripts.

16. All of Defendants' acts of infringement have been willful, intentional, and in disregard of and with indifference to Plaintiff's rights.

## COUNT II

### CONTRIBUTORY INFRINGEMENT OF COPYRIGHTS

17. Plaintiff incorporates by reference each and every allegation contained in paragraphs 1 through 12 as if set forth fully herein.

18. Plaintiff is the owner of the copyrights to the scripts here at issue.

19. Doe Defendants 1 through 10 have violated Plaintiff's exclusive rights to the scripts by inducing, causing and/or materially contributing to Defendant McIlvaine's illegal postings of the scripts to internet sites, from which the copyrighted scripts are publicly accessible. Doe Defendants 1 through 10 acted in concert with Defendant McIlvaine by

improperly furnishing her with copyrighted scripts, thus contributing to the unauthorized display of Plaintiff-owned scripts on public internet sites, in violation of the copyright laws.

20. Defendants' acts of contributory infringement have been committed willfully and with the knowledge that their conduct aided and abetted violations of Plaintiff's exclusive rights over the scripts.

## PRAYER FOR RELIEF

21. As a result of Defendants' infringement of Plaintiff's exclusive rights under copyright, Plaintiff is entitled to actual and/or statutory damages at its election, pursuant to 17 U.S.C. § 504(b) and (c), for each of Defendants' infringements and contributory infringements of copyrighted works. Because Defendants' infringements were willful, at its election, Plaintiff is entitled to statutory damages in an amount up to $150,000 per infringement.

22. Defendants' conduct is causing, and unless enjoined and restrained by this Court will continue to cause, Plaintiff great irreparable injury that cannot fully be compensated or measured in money. Plaintiff has no adequate remedy at law. Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiff is entitled to preliminary and permanent injunctive relief prohibiting Defendants, and all persons acting in concert or participating with Defendants, from further infringing Plaintiff's exclusive rights, and ordering that Defendants remove all of their unauthorized postings from internet sites and destroy any and all electronic or physical copies of unauthorized, Fox-owned scripts they may have in their possession.

23. Plaintiff is also entitled to reasonable attorneys' fees and costs, pursuant to 17 U.S.C. § 505.

24. Plaintiff also requests any such other and further relief that the Court deems proper.

Dated: New York, New York
       November 19, 2010

                LOEB & LOEB LLP

                By: *Jonathan Zavin*
                Jonathan Zavin (JZ-1846)
                345 Park Avenue
                New York, New York 10154
                (212) 407-4000

                Attorneys for Plaintiff
                Twentieth Century Fox Film Corporation

# **APPENDIX**

| Title of Script | Upload Date(s) | Copyright Registration Number | Effective Date of Copyright | U.S. Claimants | Other Claimants |
|---|---|---|---|---|---|
| 27 DRESSES | 3/28/2010 | PAU 3-139-303 | 5/11/2007 | Spyglass Development, LLC | Spyglass Development, LLC and Twentieth Century Fox Film Corporation |
| 29TH STREET | 3/28/2010 | PAU 1-450-350 | 12/14/1990 | Twentieth Century Fox Film Corporation | |
| A GOOD YEAR | 7/20/2009 | PAU 3-013-589 | 2/8/2006 | Twentieth Century Fox Film Corporation | |
| THE A-TEAM | 12/20/2009 | PAU 3-430-922 | 6/18/2009 | Twentieth Century Fox Film Corporation | |
| ALIEN RESURRECTION | 5/14/2010 | PAU 2-162-862 | 1/13/1997 | Twentieth Century Fox Film Corporation | |
| ALIENS | 12/16/2009, 12/16/2009 | PAU 769-410 | 10/1/1985 | Twentieth Century Fox Film Corporation | |
| THEY CAME FROM UPSTAIRS | 3/28/2010, 3/28/2010 | PAU 3-446-335 | 3/5/2008 | Twentieth Century Fox Film Corporation and Regency Entertainment (USA), Inc. | Twentieth Century Fox Film Corporation and Monarchy Enterprises S.a.r.l. |
| ALL ABOUT STEVE | 03/28/2010, 02/16/2010 | PAU 3-137-738 | 7/17/2007 | Twentieth Century Fox Film Corporation and Radar Film Fund I, LLC | |
| AMELIA | 3/15/2010 | PAU 3-377-443 | 2/11/2009 | Twentieth Century Fox Film Corporation and Avalon Pictures, LLC | |
| AUSTRALIA | 12/14/2009 | PAU 3-366-904 | 11/1/2007 | Twentieth Century Fox Film Corporation | |
| PROJECT 880 | 10/08/2010, 02/18/2010, 07/09/2009 | PAU 3-144-657 | 3/26/2008 | Twentieth Century Fox Film Corporation | |
| BEHIND ENEMY LINES | 3/28/2010 | PAU 2-544-303 | 10/26/2000 | Twentieth Century Fox Film Corporation | |
| BLACK WIDOW | 2/19/2010 | PAU 879-448 | 9/9/1986 | Twentieth Century Fox Film Corporation | |
| BRIDE WARS | 2/18/2010 | PAU 3-3747-174 | 4/17/2008 | Twentieth Century Fox Film Corporation and Regency Entertainment (USA), Inc. | Twentieth Century Fox Film Corporation and Monarchy Enterprises S.a.r.l. |

| Title of Script | Upload Date(s) | Copyright Registration Number | Effective Date of Copyright | U.S. Claimants | Other Claimants |
|---|---|---|---|---|---|
| JAMES L. BROOKS UNTITLED | 2/16/2010 | PAU 970-618 | 6/25/1987 | Twentieth Century Fox Film Corporation | |
| BUFFY THE VAMPIRE SLAYER - THE ZEPPO | 3/29/2009 | PAU 2-361-141 | 12/10/1998 | Twentieth Century Fox Film Corporation | |
| BUFFY THE VAMPIRE SLAYER - DOPPLEGANGLAND | 3/29/2009 | PAU 2-378-666 | 2/22/1999 | Twentieth Century Fox Film Corporation | |
| BUFFY THE VAMPIRE SLAYER - THE FRESHMAN | 7/12/2009 | PAU 2-418-584 | 7/30/1999 | Twentieth Century Fox Film Corporation | |
| BUFFY THE VAMPIRE SLAYER - HUSH | 3/29/2009 | PAU 2-433-346 | 11/18/1999 | Twentieth Century Fox Film Corporation | |
| BUFFY THE VAMPIRE SLAYER - THE BODY | 3/29/2009 | PAU 2-570-406 | 2/9/2001 | Twentieth Century Fox Film Corporation | |
| BUFFY THE VAMPIRE SLAYER - NORMAL AGAIN | 3/29/2009 | PAU 2-635-395 | 1/31/2002 | Twentieth Century Fox Film Corporation | |
| BULWORTH | 3/28/2010 | PAU 2-162-863 | 1/13/1997 | Twentieth Century Fox Film Corporation | |
| COURTROOM K - PILOT | 4/12/2009 | PAU 3-349-733 | 4/24/2008 | Twentieth Century Fox Film Corporation | |
| DAREDEVIL | 12/20/2009, 12/14/2009 | PAU 2-646-132 | 4/19/2002 | Twentieth Century Fox Film Corporation and Regency Entertainment (USA), Inc. | Twentieth Century Fox Film Corporation and Monarchy Enterprises S.a.r.l. |
| DEADPOOL | No later than 10/12/2010; 10/22/2010 | PAU 3-491-592 | 10/26/2010 | Twentieth Century Fox Film Corporation | |
| DIE HARD | 12/16/2009 | PAU 1-100-912 | 3/31/1988 | Twentieth Century Fox Film Corporation | |
| DOWN PERISCOPE | 12/15/2009 | PAU 1-968-612 | 5/4/1995 | Twentieth Century Fox Film Corporation | |
| DUTCH | 7/2/2010 | PAU 1-436-550 | 11/1/1990 | Twentieth Century Fox Film Corporation | |

| Title of Script | Upload Date(s) | Copyright Registration Number | Effective Date of Copyright | U.S. Claimants | Other Claimants |
|---|---|---|---|---|---|
| EDWARD SCISSORHANDS | 1/23/2010 | PAU 1-422-013 | 11/2/1990 | Twentieth Century Fox Film Corporation | |
| ENEMY MINE | 3/29/2010, 4/30/2009 | PAU 747-236 | 5/6/1985 | Twentieth Century Fox Film Corporation | |
| ENTRAPMENT | 3/26/2010 | PAU 2-290-665 | 5/29/1998 | Twentieth Century Fox Film Corporation | |
| FIGHT CLUB | 3/29/2010, 3/29/2010, 3/29/2010, 3/29/2010, 2/19/2010 | PAU 2-315-871 | 6/12/1998 | Twentieth Century Fox Film Corporation | |
| FIREFLY - SERENITY | 3/29/2010 | PAU 2-639-794 | 3/13/2002 | Twentieth Century Fox Film Corporation | |
| FIREFLY - THE TRAIN JOB | 3/29/2010 | PAU 2-681-455 | 7/26/2002 | Twentieth Century Fox Film Corporation | |
| FIREFLY - BUSHWHACKED | 3/29/2010 | PAU 2-681-457 | 7/26/2002 | Twentieth Century Fox Film Corporation | |
| FIREFLY - OUR MRS. REYNOLDS | 3/29/2010 | PAU 2-695-004 | 9/24/2002 | Twentieth Century Fox Film Corporation | |
| FIREFLY - OUT OF GAS | 3/29/2010 | PAU 2-695-653 | 10/10/2002 | Twentieth Century Fox Film Corporation | |
| FIREFLY - ARIEL | 3/29/2010 | PAU 2-695-652 | 10/10/2002 | Twentieth Century Fox Film Corporation | |
| FIREFLY - OBJECTS IN SPACE | 3/29/2010 | PAU 2-761-435 | 11/25/2002 | Twentieth Century Fox Film Corporation | |
| GLEE - PILOT | 3/28/2009 | PAU 3-407-820 | 3/13/2009 | Twentieth Century Fox Film Corporation | |
| GULLIVER'S TRAVELS | 3/29/2010 | PAU 3-429-762 | 6/2/2009 | Twentieth Century Fox Film Corporation | |
| UNTITLED HEMINGSON LEGAL DRAMEDY | 4/12/2009 | PAU 3-360-999 | 8/22/2008 | Twentieth Century Fox Film Corporation | |
| HOME ALONE | 2/24/2010 | PAU 1-344-702 | 3/28/1990 | Twentieth Century Fox Film Corporation | |
| JEWEL OF THE NILE | 3/3/2010 | PAU 748-160 | 8/2/1985 | Twentieth Century Fox Film Corporation | |

| Title of Script | Upload Date(s) | Copyright Registration Number | Effective Date of Copyright | U.S. Claimants | Other Claimants |
|---|---|---|---|---|---|
| JUMPER | 4/12/2009 | PAU 3-060-173 | 8/11/2006 | Twentieth Century Fox Film Corporation and Regency Entertainment (USA), Inc. | Twentieth Century Fox Film Corporation and Monarchy Enterprises S.a.r.l. |
| LOVE AND OTHER DRUGS | 7/7/2010, 7/7/2010 | PAU 3-454-144 | 10/29/2009 | Twentieth Century Fox Film Corporation and Regency Entertainment (USA), Inc. | Twentieth Century Fox Film Corporation and Monarchy Enterprises S.a.r.l. |
| MAN ON FIRE | 2/16/2010, 5/3/2009 | PAU 2-828-752 | 4/11/2003 | Twentieth Century Fox Film Corporation and Regency Entertainment (USA), Inc. | Twentieth Century Fox Film Corporation and Monarchy Enterprises S.a.r.l. |
| MARGARET | 7/10/2010 | PAU 3-010-335 | 12/15/2005 | Twentieth Century Fox Film Corporation and Camelot Pictures, LLC | |
| MIDLAND - PILOT | 3/20/2010, 5/8/2010 | PAU 3-458-313 | 3/2/2010 | Twentieth Century Fox Film Corporation | |
| MY COUSIN VINNY | 3/29/2010, 3/18/2009, 12/26/2009 | PAU 1-466/651 | 1/31/1991 | Twentieth Century Fox Film Corporation | |
| NEVER LET ME GO | 3/20/2010 | PAU 3-411-392 | 4/9/2009 | Twentieth Century Fox Film Corporation | |
| NIGHT AT THE MUSEUM: BATTLE OF THE SMITHSONIAN | 9/28/2009, 6/5/2009 | PAU 3-361-125 | 8/22/2008 | Twentieth Century Fox Film Corporation | |
| THE SIN EATER | 2/26/2010 | PAU 2-634-722 | 1/4/2002 | Twentieth Century Fox Film Corporation | |
| PERCY JACKSON | 2/11/2010 | PAU 3-418-297 | 5/12/2009 | Twentieth Century Fox Film Corporation | |
| PERSONS UNKNOWN - PILOT | 7/2/2010 | PAU 3-365-459 | 10/31/2008 | Twentieth Century Fox Film Corporation | |
| PREDATORS | 7/10/2010 | PAU 3-458-311 | 3/2/2010 | Twentieth Century Fox Film Corporation | |
| RAMONA AND BEEZUS | 8/1/2010 | PAU 3-432-516 | 6/18/2009 | Twentieth Century Fox Film Corporation and Walden Media, LLC | |
| REVENGE OF THE NERDS 2 | 3/29/2010, 3/29/2010 | PAU 964-991 | 5/12/1987 | Twentieth Century Fox Film Corporation | |

| Title of Script | Upload Date(s) | Copyright Registration Number | Effective Date of Copyright | U.S. Claimants | Other Claimants |
|---|---|---|---|---|---|
| RIDE-ALONG - PILOT | 5/8/2010 | PAU 3-475-778 | 4/12/2010 | Twentieth Century Fox Film Corporation | |
| ROMANCING THE STONE | 3/3/2010 | PAU 625-679 | 3/5/1984 | Twentieth Century Fox Film Corporation | |
| SAY ANYTHING | 3/29/2010 | PAU 1-095-037 | 5/26/1988 | Twentieth Century Fox Film Corporation | |
| SIDEWAYS | 3/19/2009 | PAU 2-815-105 | 10/28/2003 | Twentieth Century Fox Film Corporation | |
| SUNSHINE | 2/14/2010 | PAU 3-013-588 | 2/8/2006 | Twentieth Century Fox Film Corporation | |
| TERRA NOVA - PILOT | 4/29/2010 | PAU 3-465-301 | 2/10/2010 | Twentieth Century Fox Film Corporation | |
| FANTASTIC MR. FOX | 5/15/2009 | PAU 3-388-487 | 12/10/2007 | Twentieth Century Fox Film Corporation and Indian Paintbrush Productions, LLC | |
| THE HAPPENING | 3/30/2009 | PAU 2-921-790 | 8/21/2007 | Twentieth Century Fox Film Corporation | |
| THE OAKS - PILOT | 4/13/2009 | PAU 3-359-348 | 10/24/2007 | Twentieth Century Fox Film Corporation | |
| UNSTOPPABLE | 9/25/2010 | PAU 3-458-304 | 3/2/2010 | Twentieth Century Fox Film Corporation | |
| UNTITLED IAN BIDERMAN - PILOT | 3/28/2009 | PAU 3-47-780 | 3/13/2009 | Twentieth Century Fox Film Corporation | |
| WALK THE LINE | 3/19/2009 | PAU 2-881-478 | 8/19/2004 | Twentieth Century Fox Film Corporation and Mars Media Beteiligungs GmnH & Co. Filmproduktions KG | |
| WALL STREET | 3/30/2010 | PAU 988-219 | 7/27/1987 | Twentieth Century Fox Film Corporation | |

| Title of Script | Upload Date(s) | Copyright Registration Number | Effective Date of Copyright | U.S. Claimants | Other Claimants |
|---|---|---|---|---|---|
| WALL STREET 2: MONEY NEVER SLEEPS | 3/30/2010 | PAU 3-454-413 | 10/1/2009 | Twentieth Century Fox Film Corporation | |
| WOLVERINE | 6/8/2009 | PAU 3-062-282 | 7/28/2006 | Twentieth Century Fox Film Corporation | |
| WRONG TURN 2 | 3/27/2010 | PAU 3-040-593 | 6/8/2006 | Twentieth Century Fox Film Corporation | |
| DATE NIGHT | 2/8/2010 | PAU 3-429-760 | 6/2/2009 | Twentieth Century Fox Film Corporation | |
| DOLLHOUSE - GETTING CLOSER | 1/16/2010 | PAU 3-455-765 | 11/19/2009 | Twentieth Century Fox Film Corporation | |
| DRAGONBALL | 4/12/2009 | PAU 3-341-955 | 3/10/2008 | Twentieth Century Fox Film Corporation | |
| LABOR OF LOVE | 9/25/2010, 10/25/2009 | PAU 3-351-128 | 7/24/2008 | Twentieth Century Fox Film Corporation | |
| SHINING THROUGH | 3/29/2010 | PAU 1-412-906 | 9/17/1990 | Twentieth Century Fox Film Corporation | |