| Title of Script | Upload Date(s) | Copyright Registration Number | Effective Date of Copyright | U.S. Claimants | Other Claimants |
|---|---|---|---|---|---|
| 27 DRESSES | 3/28/2010 | PAU 3-139-303 | 5/11/2007 | Spyglass Development, LLC | Spyglass Development, LLC and Twentieth Century Fox Film Corporation |
| 29TH STREET | 3/28/2010 | PAU 1-450-350 | 12/14/1990 | Twentieth Century Fox Film Corporation | |
| A GOOD YEAR | 7/20/2009 | PAU 3-013-589 | 2/8/2006 | Twentieth Century Fox Film Corporation | |
| THE A-TEAM | 12/20/2009 | PAU 3-430-922 | 6/18/2009 | Twentieth Century Fox Film Corporation | |
| ALIEN RESURRECTION | 5/14/2009 | PAU 2-162-862 | 1/13/1997 | Twentieth Century Fox Film Corporation | |
| ALIENS | 12/16/2009, 12/16/2009 | PAU 769-410 | 10/1/1985 | Twentieth Century Fox Film Corporation | |
| THEY CAME FROM UPSTAIRS | 3/28/2010, 3/28/2010 | PAU 3-446-335 | 3/5/2008 | Twentieth Century Fox Film Corporation and Regency Entertainment (USA), Inc. | Twentieth Century Fox Film Corporation and Monarchy Enterprises S.a.r.l. |
| ALL ABOUT STEVE | 03/28/2010, 02/16/2010 | PAU 3-137-738 | 7/17/2007 | Twentieth Century Fox Film Corporation and Radar Film Fund I, LLC | |
| AMELIA | 3/15/2010 | PAU 3-377-443 | 2/11/2009 | Twentieth Century Fox Film Corporation and Avalon Pictures, LLC | |
| AUSTRALIA | 12/14/2009 | PAU 3-366-904 | 11/1/2007 | Twentieth Century Fox Film Corporation | |
| PROJECT 880 | 10/08/2010, 02/18/2010, 07/09/2009 | PAU 3-144-657 | 3/26/2008 | Twentieth Century Fox Film Corporation | |
| BEHIND ENEMY LINES | 3/28/2010 | PAU 2-544-303 | 10/26/2000 | Twentieth Century Fox Film Corporation | |
| BLACK WIDOW | 2/19/2010 | PAU 879-448 | 9/9/1986 | Twentieth Century Fox Film Corporation | |
| BRIDE WARS | 2/18/2010 | PAU 3-3747-174 | 4/17/2008 | Twentieth Century Fox Film Corporation and Regency Entertainment (USA), Inc. | Twentieth Century Fox Film Corporation and Monarchy Enterprises S.a.r.l. |

| Title of Script | Upload Date(s) | Copyright Registration Number | Effective Date of Copyright | U.S. Claimants | Other Claimants |
|---|---|---|---|---|---|
| JAMES L. BROOKS UNTITLED | 2/16/2010 | PAU 970-618 | 6/25/1987 | Twentieth Century Fox Film Corporation | |
| BUFFY THE VAMPIRE SLAYER - THE ZEPPO | 3/29/2009 | PAU 2-361-141 | 12/10/1998 | Twentieth Century Fox Film Corporation | |
| BUFFY THE VAMPIRE SLAYER - DOPPLEGANGLAND | 3/29/2009 | PAU 2-378-666 | 2/22/1999 | Twentieth Century Fox Film Corporation | |
| BUFFY THE VAMPIRE SLAYER - THE FRESHMAN | 7/12/2009 | PAU 2-418-584 | 7/30/1999 | Twentieth Century Fox Film Corporation | |
| BUFFY THE VAMPIRE SLAYER - HUSH | 3/29/2009 | PAU 2-433-346 | 11/18/1999 | Twentieth Century Fox Film Corporation | |
| BUFFY THE VAMPIRE SLAYER - THE BODY | 3/29/2009 | PAU 2-570-406 | 2/9/2001 | Twentieth Century Fox Film Corporation | |
| BUFFY THE VAMPIRE SLAYER - NORMAL AGAIN | 3/29/2009 | PAU 2-635-395 | 1/31/2002 | Twentieth Century Fox Film Corporation | |
| BULWORTH | 3/28/2010 | PAU 2-162-863 | 1/13/1997 | Twentieth Century Fox Film Corporation | |
| COURTROOM K - PILOT | 4/12/2009 | PAU 3-349-733 | 4/24/2008 | Twentieth Century Fox Film Corporation | |
| DAREDEVIL | 12/20/2009, 12/14/2009 | PAU 2-646-132 | 4/19/2002 | Twentieth Century Fox Film Corporation and Regency Entertainment (USA), Inc. | Twentieth Century Fox Film Corporation and Monarchy Enterprises S.a.r.l. |
| DEADPOOL | No later than 10/12/2010; 10/22/2010 | PAU 3-491-592 | 10/26/2010 | Twentieth Century Fox Film Corporation | |
| DIE HARD | 12/16/2009 | PAU 1-100-912 | 3/31/1988 | Twentieth Century Fox Film Corporation | |
| DOWN PERISCOPE | 12/15/2009 | PAU 1-968-612 | 5/4/1995 | Twentieth Century Fox Film Corporation | |
| DUTCH | 7/2/2010 | PAU 1-436-550 | 11/1/1990 | Twentieth Century Fox Film Corporation | |

| Title of Script | Upload Date(s) | Copyright Registration Number | Effective Date of Copyright | U.S. Claimants | Other Claimants |
|---|---|---|---|---|---|
| EDWARD SCISSORHANDS | 1/23/2010 | PAU 1-422-013 | 11/2/1990 | Twentieth Century Fox Film Corporation | |
| ENEMY MINE | 3/29/2010, 4/30/2009 | PAU 747-236 | 5/6/1985 | Twentieth Century Fox Film Corporation | |
| ENTRAPMENT | 3/26/2010 | PAU 2-290-665 | 5/29/1998 | Twentieth Century Fox Film Corporation | |
| FIGHT CLUB | 3/29/2010, 3/29/2010, 3/29/2010, 3/29/2010, 2/19/2010 | PAU 2-315-871 | 6/12/1998 | Twentieth Century Fox Film Corporation | |
| FIREFLY - SERENITY | 3/29/2010 | PAU 2-639-794 | 3/13/2002 | Twentieth Century Fox Film Corporation | |
| FIREFLY - THE TRAIN JOB | 3/29/2010 | PAU 2-681-455 | 7/26/2002 | Twentieth Century Fox Film Corporation | |
| FIREFLY - BUSHWHACKED | 3/29/2010 | PAU 2-681-457 | 7/26/2002 | Twentieth Century Fox Film Corporation | |
| FIREFLY - OUR MRS. REYNOLDS | 3/29/2010 | PAU 2-695-004 | 9/24/2002 | Twentieth Century Fox Film Corporation | |
| FIREFLY - OUT OF GAS | 3/29/2010 | PAU 2-695-653 | 10/10/2002 | Twentieth Century Fox Film Corporation | |
| FIREFLY - ARIEL | 3/29/2010 | PAU 2-695-652 | 10/10/2002 | Twentieth Century Fox Film Corporation | |
| FIREFLY - OBJECTS IN SPACE | 3/29/2010 | PAU 2-761-435 | 11/25/2002 | Twentieth Century Fox Film Corporation | |
| GLEE - PILOT | 3/28/2009 | PAU 3-407-820 | 3/13/2009 | Twentieth Century Fox Film Corporation | |
| GULLIVER'S TRAVELS | 3/29/2010 | PAU 3-429-762 | 6/2/2009 | Twentieth Century Fox Film Corporation | |
| UNTITLED HEMINGSON LEGAL DRAMEDY | 4/12/2009 | PAU 3-360-999 | 8/22/2008 | Twentieth Century Fox Film Corporation | |
| HOME ALONE | 2/24/2010 | PAU 1-344-702 | 3/28/1990 | Twentieth Century Fox Film Corporation | |
| JEWEL OF THE NILE | 3/3/2010 | PAU 748-160 | 8/2/1985 | Twentieth Century Fox Film Corporation | |

| Title of Script | Upload Date(s) | Copyright Registration Number | Effective Date of Copyright | U.S. Claimants | Other Claimants |
|---|---|---|---|---|---|
| JUMPER | 4/12/2009 | PAU 3-060-173 | 8/11/2006 | Twentieth Century Fox Film Corporation and Regency Entertainment (USA), Inc. | Twentieth Century Fox Film Corporation and Monarchy Enterprises S.a.r.l. |
| LOVE AND OTHER DRUGS | 7/7/2010, 7/7/2010 | PAU 3-454-144 | 10/29/2009 | Twentieth Century Fox Film Corporation and Regency Entertainment (USA), Inc. | Twentieth Century Fox Film Corporation and Monarchy Enterprises S.a.r.l. |
| MAN ON FIRE | 2/16/2010, 5/3/2009 | PAU 2-828-752 | 4/11/2003 | Twentieth Century Fox Film Corporation and Regency Entertainment (USA), Inc. | Twentieth Century Fox Film Corporation and Monarchy Enterprises S.a.r.l. |
| MARGARET | 7/10/2010 | PAU 3-010-335 | 12/15/2005 | Twentieth Century Fox Film Corporation and Camelot Pictures, LLC | |
| MIDLAND - PILOT | 3/20/2010, 5/8/2010 | PAU 3-458-313 | 3/2/2010 | Twentieth Century Fox Film Corporation | |
| MY COUSIN VINNY | 3/29/2010, 3/18/2009, 12/26/2009 | PAU 1-466/651 | 1/31/1991 | Twentieth Century Fox Film Corporation | |
| NEVER LET ME GO | 3/20/2010 | PAU 3-411-392 | 4/9/2009 | Twentieth Century Fox Film Corporation | |
| NIGHT AT THE MUSEUM: BATTLE OF THE SMITHSONIAN | 9/28/2009, 6/5/2009 | PAU 3-361-125 | 8/22/2008 | Twentieth Century Fox Film Corporation | |
| THE SIN EATER | 2/26/2010 | PAU 2-634-722 | 1/4/2002 | Twentieth Century Fox Film Corporation | |
| PERCY JACKSON | 2/11/2010 | PAU 3-418-297 | 5/12/2009 | Twentieth Century Fox Film Corporation | |
| PERSONS UNKNOWN - PILOT | 7/2/2010 | PAU 3-365-459 | 10/31/2008 | Twentieth Century Fox Film Corporation | |
| PREDATORS | 7/10/2010 | PAU 3-458-311 | 3/2/2010 | Twentieth Century Fox Film Corporation | |
| RAMONA AND BEEZUS | 8/1/2010 | PAU 3-432-516 | 6/18/2009 | Twentieth Century Fox Film Corporation and Walden Media, LLC | |
| REVENGE OF THE NERDS 2 | 3/29/2010, 3/29/2010 | PAU 964-991 | 5/12/1987 | Twentieth Century Fox Film Corporation | |

| Title of Script | Upload Date(s) | Copyright Registration Number | Effective Date of Copyright | U.S. Claimants | Other Claimants |
|---|---|---|---|---|---|
| RIDE-ALONG - PILOT | 5/8/2010 | PAU 3-475-778 | 4/12/2010 | Twentieth Century Fox Film Corporation | |
| ROMANCING THE STONE | 3/3/2010 | PAU 625-679 | 3/5/1984 | Twentieth Century Fox Film Corporation | |
| SAY ANYTHING | 3/29/2010 | PAU 1-095-037 | 5/26/1988 | Twentieth Century Fox Film Corporation | |
| SIDEWAYS | 3/19/2009 | PAU 2-815-105 | 10/28/2003 | Twentieth Century Fox Film Corporation | |
| SUNSHINE | 2/14/2010 | PAU 3-013-588 | 2/8/2006 | Twentieth Century Fox Film Corporation | |
| TERRA NOVA - PILOT | 4/29/2010 | PAU 3-465-301 | 2/10/2010 | Twentieth Century Fox Film Corporation | |
| FANTASTIC MR. FOX | 5/15/2009 | PAU 3-388-487 | 12/10/2007 | Twentieth Century Fox Film Corporation and Indian Paintbrush Productions, LLC | |
| THE HAPPENING | 3/30/2009 | PAU 2-921-790 | 8/21/2007 | Twentieth Century Fox Film Corporation | |
| THE OAKS - PILOT | 4/13/2009 | PAU 3-359-348 | 10/24/2007 | Twentieth Century Fox Film Corporation | |
| UNSTOPPABLE | 9/25/2010 | PAU 3-458-304 | 3/2/2010 | Twentieth Century Fox Film Corporation | |
| UNTITLED IAN BIDERMAN - PILOT | 3/28/2009 | PAU 3-47-780 | 3/13/2009 | Twentieth Century Fox Film Corporation | |
| WALK THE LINE | 3/19/2009 | PAU 2-881-478 | 8/19/2004 | Twentieth Century Fox Film Corporation and Mars Media Beteiligungs GmnH & Co. Filmproduktions KG | |
| WALL STREET | 3/30/2010 | PAU 988-219 | 7/27/1987 | Twentieth Century Fox Film Corporation | |

| Title of Script | Upload Date(s) | Copyright Registration Number | Effective Date of Copyright | U.S. Claimants | Other Claimants |
|---|---|---|---|---|---|
| WALL STREET 2: MONEY NEVER SLEEPS | 3/30/2010 | PAU 3-454-413 | 10/1/2009 | Twentieth Century Fox Film Corporation | |
| WOLVERINE | 6/8/2009 | PAU 3-062-282 | 7/28/2006 | Twentieth Century Fox Film Corporation | |
| WRONG TURN 2 | 3/27/2010 | PAU 3-040-593 | 6/8/2006 | Twentieth Century Fox Film Corporation | |
| DATE NIGHT | 2/8/2010 | PAU 3-429-760 | 6/2/2009 | Twentieth Century Fox Film Corporation | |
| DOLLHOUSE - GETTING CLOSER | 1/16/2010 | PAU 3-455-765 | 11/19/2009 | Twentieth Century Fox Film Corporation | |
| DRAGONBALL | 4/12/2009 | PAU 3-341-955 | 3/10/2008 | Twentieth Century Fox Film Corporation | |
| LABOR OF LOVE | 9/25/2010, 10/25/2009 | PAU 3-351-128 | 7/24/2008 | Twentieth Century Fox Film Corporation | |
| SHINING THROUGH | 3/29/2010 | PAU 1-412-906 | 9/17/1990 | Twentieth Century Fox Film Corporation | |