

**JONATHAN ZAVIN**
Partner

345 Park Avenue
New York, NY  10154

Direct   212.407.4161
Main    212.407.4000
Fax     212.658.9105
jzavin@loeb.com

Via Electronic Filing

September 2, 2011

The Hon. A. Kathleen Tomlinson
U.S. District Court
100 Federal Plaza
P.O. Box 9014
Central Islip, NY 11722-9014

Re:  *Twentieth Century Fox Film Corporation v. McIlvaine et. al.*, CV 10-5358 (LDW) (AKT)

Dear Judge Tomlinson:

I represent the Plaintiff in the above-captioned action, and write on behalf of both parties to make a discovery status report pursuant to your March 28, 2011 Civil Conference Minute Order (hereinafter "the Order") (docket entry no. 21). Specifically, in reference to paragraph 9 of the Order, the parties confirm the following:

1. Paper production is complete and there are no outstanding objections.

2. The exchange of interrogatory responses is complete and there are no outstanding objections.

3. There are no outstanding discovery disputes.

4. Counsel have reached agreement as to the scheduling of depositions.

5. Discovery is proceeding on schedule.

Accordingly, since there are no outstanding discovery disputes, the parties respectfully request that the Court adjourn the discovery status conference scheduled for September 7.

Finally, I wish to apologize for sending this report a day late. I was without electricity in my Long Island home (where I am working) until last night as a result of last weekend's tropical storm, and a colleague who is working on this case was delayed in returning to New York from an overseas vacation, also as a result of the storm.

Sincerely,

*/s/ Jonathan Zavin/*

Jonathan Zavin
Partner



The Hon. A. Kathleen Tomlinson
September 2, 2011
Page 2

cc:  Joseph Singleton, Esq. (*via ECF*)
     Raymond White, Esq. (*via ECF*)

NY974293.1
202894-10019