

JONATHAN ZAVIN
Partner

345 Park Avenue
New York, NY  10154

Direct  212.407.4161
Main    212.407.4000
Fax     212.658.9105
jzavin@loeb.com

Via ECF and FedEx

November 2, 2011

The Hon. Leonard D. Wexler
U.S. District Court
944 Federal Plaza
Central Islip, New York 11722

Re:   *Twentieth Century Fox Film Corporation v. McIlvaine*, Case No. 10-CV-5358 (LDW) (AKT)

Dear Judge Wexler:

We represent Twentieth Century Fox Film Corporation ("Fox") in the above-captioned action, and write on behalf of all parties to inform the Court that the parties have reached a confidential settlement pursuant to which Fox has agreed to dismiss its claims in this matter without prejudice. Simultaneous with the filing of this letter, we have filed a Stipulation and Order of Dismissal for the Court's consideration.

In view of the settlement, the parties respectfully request that the status conference presently scheduled for November 3 be canceled.

The parties thank you and Judge Tomlinson for your attention to this case.

Respectfully submitted,

Jonathan Zavin
Partner

cc:   The Hon. A. Kathleen Tomlinson (*via FedEx*)
      Joseph W. Singleton, Esq. (*via ECF*)
      Raymond M. White, Esq. (*via ECF*)

Los Angeles   New York   Chicago   Nashville   www.loeb.com

A limited liability partnership including professional corporations

NY985956.2
202894-10019