UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TWENTIETH CENTURY FOX FILM CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>PATRICIA MCILVAINE, also known as P.J. MCILVAINE, an individual, and DOES 1-10,<br><br>　　　　　Defendants. | Case No. CV10-5358 (LDW)<br><br><br>**STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the

respective parties, that the action and any and all claims asserted by Plaintiff Twentieth Century

Fox Film Corporation against Defendants Patricia McIlvaine and John Does 1-10  are hereby

discontinued and dismissed without prejudice and without costs or disbursements as to one party

against each other.


Dated:　New York, New York
　　　　November 2, 2011


LOEB & LOEB LLP

Jonathan Zavin (JZ-1846)
Loeb & Loeb LLP
345 Park Avenue
New York, New York 10154-0037
Phone: (212) 407-4000

*Attorneys for Plaintiff*
*Twentieth Century Fox Film Corporation*


LAW OFFICES OF JOSEPH W. SINGLETON
LAW OFFICE OF RAYMOND WHITE

Joseph W. Singleton
Law Offices of Joseph W. Singleton
5950 Canoga Ave, Suite 130
Woodland Hills, CA 91367

Raymond White
Law Office of Raymond White
P.O. Box 103
Glenmont, NY 12077

*Attorneys for Defendant Patricia McIlvaine*

SO ORDERED:

_____